No. 09–11250. BOOKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09–11251. APPUKKUTTA v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 09–11252. BROCKMAN-EL v. NORTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–11254. MEAD v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 09–11255. PETTIFORD v. PITKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT LAUREL HIGHLANDS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–11256. DILLON v. SAN FRANCISCO VETERANS ADMINISTRATION, FORT MILEY HOSPITAL. C. A. 9th Cir. Certiorari denied.

No. 09–11258. CARTER v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 09–11259. GARCIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11260. HODGES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11261. HUPP v. EDUCATIONAL CREDIT MANAGEMENT CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11262. WILDER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11263. FUSSELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11265. WARREN v. MCCOLLUM, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.